FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

JS-6
Enter

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIEMAE SPURLOCK,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 08-2766 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

DATED: December 10, 2008

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE